UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                                         :
KRYSTAL PORTER,                            :
                       Plaintiff,    :   09 Civ. 3599 (DLC)
                                                        :
          -v-                            :      ORDER OF
                                                        :    DISCONTINUANCE
THE CITY OF NEW YORK, IVAN PANIAGUA, in :
his individual capacity; VINCENT       :
DEPAOLA, in his individual capacity;   :
and JOHN DOES, #1-4, each in the      :
individual capacity,                   :
                      Defendant.    :
                                                       :
-------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/10
```

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           July 6, 2010

                                                  DENISE COTE
                                  United States District Judge